No. 72-1451. LAVINE, COMMISSIONER, NEW YORK DEPARTMENT OF SOCIAL SERVICES *v.* LINDSAY, MAYOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 72-1452. OWNBY *v.* UNITED STATES. C. C. P. A. Certiorari denied.

No. 72-1464. VAN VLIET *v.* LEBOSQUET. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 72-1466. ADMINISTRATOR, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION *v.* WILLIAMS ET AL. C. C. P. A. Certiorari denied.

No. 72-1467. PERRERRA ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72-1468. WILSON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 72-1471. AMERICAN DAIRY ASSN. ET AL. *v.* RASMUSSEN. C. A. 9th Cir. Certiorari denied.

No. 72-5432. BROWN *v.* JOSEPH. C. A. 3d Cir. Certiorari denied.

No. 72-6115. JACKSON *v.* ZELKER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72-6231. GUTHRIE *v.* GEORGIA. C. A. 5th Cir. Certiorari denied.

No. 72-6233. KENNEDY *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.